FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

13 AUG 14  PM 3:59

UNITED STATES OF AMERICA

v.  CASE NO. 8:13-Cr-400-T-17EAJ
   26 U.S.C. § 5861(d)
JAMES LEE MINYARD  26 U.S.C. § 5871
   26 U.S.C. § 5872-Forfeiture
   28 U.S.C. § 2461(c)-Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

From an unknown date and continuing through on or about May 7, 2013, in Hillsborough County, in the Middle District of Florida,

JAMES LEE MINYARD,

the defendant herein, knowingly possessed a firearm, as defined in Title 26, United States Code, Section 5845(a) and (f), to wit: a destructive device, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## **FORFEITURES**

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c).

2.  From his engagement in the violation alleged in Count One of this Indictment, the defendant,

JAMES LEE MINYARD,

shall forfeit to the United States of America, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), all firearms involved in any violation of Title 26, United States Code, Sections 5861(d) and 5871.

3.  If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under Title 21, United States Code, Section 853(p), as incorporated by reference in Title 28, United States Code, Section 2461(c).

A TRUE BILL,

*[signature]*
Foreperson

A. LEE BENTLEY, III
Acting United States Attorney

By: *[signature]*
JENNIFER L. PERESIE
Assistant United States Attorney

By: *[signature]*
SIMON A. GAUGUSH
Assistant United States Attorney
Chief, General Crimes Section

# UNITED STATES DISTRICT COURT

Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JAMES LEE MINYARD

## INDICTMENT

Violations:
Title 26, United States Code, Section 5861(d)
Title 26, United States Code, Section 5871

A true bill,

_____
Foreperson

Filed in open court this 14th day

of August 2013.

_____
Clerk

Bail $_____

GPO 863 525