# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO: 8:13-cr-400-T-17EAJ

JAMES LEE MINYARD

## ACCEPTANCE OF PLEA OF GUILTY
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One of the Indictment is now accepted and the Defendant is Adjudged Guilty of such offense. A sentencing hearing will be scheduled on February 14, 2014 at 2:00 PM before United States District Judge Elizabeth A. Kovachevich, Sam M. Gibbons United States Courthouse, Courtroom 14A, Fourteenth Floor, 801 North Florida Avenue, Tampa, Florida 33602.

IT IS SO ORDERED.

**DONE AND ORDERED** in Tampa, Florida 12th day of December, 2013.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies furnished to:   All Parties and Counsel of Record
Agencies:   USPTS; USMS; USPO

**NOTE:**   **Defense counsel must review the PSI Report with their client prior to sentencing.  Counsel/USPO to promptly notify Courtroom Deputy Clerk Cindy Leigh-Martin (813-301-5737) if an evidentiary sentencing is requested and/or if the sentencing proceeding will exceed thirty minutes.   Any request for a continuance must be filed fourteen days prior to the sentencing date.**